IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Smith-Robinson, Theda | Case Number: 08 B 10085 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 4/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 27, 2009
Confirmed: June 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,329.04 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,176.49 |
| Trustee Fee: |  | 152.55 |
| Other Funds: |  | 0.00 |
| Totals: | 2,329.04 | 2,329.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 2,176.49 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 6,824.24 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 19.10 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 150.92 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 7. | City Of Chicago | Unsecured | 90.87 | 0.00 |
| 8. | Allgate Financial | Unsecured | | No Claim Filed |
| 9. | Asset Acceptance | Unsecured | | No Claim Filed |
| 10. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 11. | Pinnacle Credit Services | Unsecured | | No Claim Filed |
| 12. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 13. | Centurion Bank | Unsecured | | No Claim Filed |
| 14. | Debt Credit Service | Unsecured | | No Claim Filed |
| 15. | Bonded Coll | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 18. | Lakeshore Obgym | Unsecured | | No Claim Filed |
| 19. | MRSI | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 21. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | PARC | Unsecured | | No Claim Filed |
| 23. | ACC Consumer Finance | Unsecured | | No Claim Filed |
| 24. | Tribute/Fbold | Unsecured | | No Claim Filed |
| 25. | The Bureaus | Unsecured | | No Claim Filed |
| | | | $ 10,606.63 | $ 2,176.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith-Robinson, Theda | Case Number: 08 B 10085 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed: 4/23/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 76.41 |
| 6.6% | 76.14 |
| | $ 152.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: